United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12193-jkf
Latasha Cirwithen                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Sep 29, 2017
                      Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db         +Latasha Cirwithen,   201 High Street,   Sharon Hill, PA 19079-2114
           +Cott Beverages Inc.,   Attn: Payroll Conroller,   5519 West Idlewild Avenue,
           Tampa, FL 33634-8016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr        +E-mail/Text: bncnotice@ph13trustee.com Sep 30 2017 01:33:03     WILLIAM C. MILLER,
           Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
         DAVID M. OFFEN   on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,
          davidoffenecf@gmail.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Latasha Cirwithen<br>xxx-xx-2756 | : | Case No. 17-12193-jkf |
| Debtor | | |

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$335.00 EVERY TWO WEEKS.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently, to the Trustee whose name and address appear below.

**Date: September 29, 2017**

HONORABLE JEAN K. FITZSIMON        DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600

Payroll Controller
Cott Beverages Inc.
5519 West Idlewild Avenue
Tampa, FL 33634