United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Latasha Cirwithen  
    Debtor

Case No. 17-12193-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 11, 2017  
                Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db       +Latasha Cirwithen,    201 High Street,    Sharon Hill, PA 19079-2114  
        +Cott Beverages Inc.,    Attn: Payroll Controller,    5519 West Idlewild Avenue,  
      Tampa, FL 33634-8016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr      +E-mail/Text: bncnotice@ph13trustee.com Oct 12 2017 01:51:33     WILLIAM C. MILLER,  
      Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229  
                                                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:  
        DAVID M. OFFEN    on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,  
      davidoffenecf@gmail.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :        Chapter 13

Latasha  Cirwithen                          :        Case No. 17-12193-mdc
xxx-xx-2756

        Debtor

SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
            FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

                $162.50 EVERY TWO WEEKS.

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*

                                                            October 11, 2017
HONORABLE MAGEDLINE D. COLEMAN      DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:              David M. Offen Esq.
William C. Miller, Trustee           Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
Cott Beverages Inc.
5519 West Idlewild Avenue
Tampa, FL 33634