United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Latasha Cirwithen  
      Debtor

Case No. 17-12193-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 04, 2018  
                      Form ID: 155    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db        +Latasha Cirwithen,   201 High Street,   Sharon Hill, PA 19079-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr        +E-mail/Text: bncnotice@ph13trustee.com May 05 2018 01:57:24     WILLIAM C. MILLER,   Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229  
                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com, davidoffenecf@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Latasha Cirwithen
    Debtor(s)

Chapter: 13
Bankruptcy No: 17−12193−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 3, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

33
Form 155