IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Latasha Cirwithen           )  Chapter 13
                                     )
         Debtor                      )  No. 17-12193-MDC
                                     )
                                     )

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor