# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Latasha Cirwithen aka Latasha Sargent<br>　　　　　　Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　Movant<br>vs.<br>Latasha Cirwithen aka Latasha Sargent<br>　　　　　　Debtor(s) | NO. 17-12193 MDC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this _4 7th_ day of _Sept._, 2018 it is hereby **ORDERED** that if _Latasha Cirwithen_ ("Debtor(s)") and _Midfirst Bank_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any vilolation of the bankruptcy stay, or the provisions of USC § 362.

　　　　　　　　　　　　　　　　　　　　　_/s/ Magdeline D. C___
　　　　　　　　　　　　　　　　　　　　　Magdeline D. Colemant
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Latasha Cirwithen aka Latasha Sargent
201 High Street
Sharon Hill, PA 19079

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA 19105