United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-12193-mdc
Latasha Cirwithen                                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP             Page 1 of 1              Date Rcvd: Sep 04, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db             +Latasha Cirwithen,    201 High Street,    Sharon Hill, PA 19079-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: bncnotice@ph13trustee.com Sep 05 2018 02:13:38      WILLIAM C. MILLER,
                 Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,
         davidoffenecf@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                 TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Latasha Cirwithen aka Latasha Sargent<br>Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>Movant<br>vs.<br>Latasha Cirwithen aka Latasha Sargent<br>Debtor(s) | NO. 17-12193 MDC |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this _4Th_ day of _Sept._, 2018 it is hereby **ORDERED** that if _Latasha Cirwithen_ (the "Debtor(s)") and _Midfirst Bank_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any vilolation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. C_____
Magdeline D. Colemant
United States Bankruptcy Judge

Latasha Cirwithen aka Latasha Sargent
201 High Street
Sharon Hill, PA 19079

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA 19105