United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Latasha Cirwithen  
    Debtor

Case No. 17-12193-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Nov 25, 2019  
                       Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.  
db           +Latasha Cirwithen,   201 High Street,   Sharon Hill, PA 19079-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr           +E-mail/Text: bncnotice@ph13trustee.com Nov 26 2019 03:29:10    WILLIAM C. MILLER,  
                Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229  
smg          E-mail/Text: megan.harper@phila.gov Nov 26 2019 03:29:07    City of Philadelphia,  
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:28:57  
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 26 2019 03:29:01    U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                  TOTAL: 4

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          AmeriCredit Financial Services, Inc. dba GM Financ  
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,  
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                  TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :    CHAPTER 13
                                        :
Latasha Cirwithen                       :
    Debtor                              :    No. 17-12193-MDC


ORDER

AND NOW, this __21st__ day of __November__, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $10,405.00 has been paid to the Trustee over 30 months and the Debtor shall pay $495.00 per month for the remaining 30 months for a total base amount of $25,255.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.


_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Latasha Cirwithen