### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Latasha Cirwithen aka Latasha Sargent<br>Debtor(s)<br><br>MIDFIRST BANK<br>v.<br>Latasha Cirwithen aka Latasha Sargent<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br><br>NO. 17-12193 MDC |

## ORDER

AND NOW, this 2nd day of March, 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 201 High Street Sharon Hill, PA 19079.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Latasha Cirwithen aka Latasha Sargent
201 High Street
Sharon Hill, PA 19079

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532