IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Latasha Cirwithen | : | No. 17-12193-MDC |
| | : | |
| Debtor | : | |

O  R  D  E  R

AND NOW, this    4th    day of    March   , 2020, it is
hereby Ordered that the Wage Order in effect in the above
captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Latasha Cirwithen

PAYROLL CONTROLLER
Cott Beverages Inc.
5519 West Idlewild Avenue
Tampa, FL 33634