United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-12193-mdc
Latasha Cirwithen                                                             Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Mar 02, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db             +Latasha Cirwithen,    201 High Street,    Sharon Hill, PA 19079-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bncnotice@phl3trustee.com Mar 03 2020 03:52:35     WILLIAM C. MILLER,
                Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Latasha Cirwithen aka Latasha Sargent
                              Debtor(s)

MIDFIRST BANK
                    v.
Latasha Cirwithen aka Latasha Sargent
                         and
William C. Miller Esq.
                              Trustee

Chapter 13

NO. 17-12193 MDC

## ORDER

AND NOW, this 2nd    day of     March       , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 201 High Street Sharon Hill, PA 19079.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Latasha Cirwithen aka Latasha Sargent
201 High Street
Sharon Hill, PA 19079

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532