United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-12193-mdc
Latasha Cirwithen                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP              Page 1 of 1       Date Rcvd: Mar 04, 2020
                         Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db          +Latasha Cirwithen,   201 High Street,   Sharon Hill, PA 19079-2114
            +Cott Beverages Inc.,   Payroll Conroller,   5519 West Idlewild Avenue,   Tampa, FL 33634-8016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bncnotice@ph13trustee.com Mar 05 2020 03:52:00     WILLIAM C. MILLER,
              Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Latasha   Cirwithen dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Latasha Cirwithen | : | No. 17-12193-MDC |
| | : | |
| Debtor | : | |

O R D E R

AND NOW, this 4th day of March, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Latasha Cirwithen

PAYROLL CONTROLLER
Cott Beverages Inc.
5519 West Idlewild Avenue
Tampa, FL 33634