## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
LATASHA CIRWITHEN

Chapter 13

Debtor

Bankruptcy No. 17-12193-MDC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 23, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
LATASHA CIRWITHEN

201 HIGH STREET

SHARON HILL, PA 19079-