United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12193-mdc
Latasha Cirwithen                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 2                  Date Rcvd: Apr 23, 2020
                              Form ID: pdf900             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
```
db             +Latasha Cirwithen,    201 High Street,    Sharon Hill, PA 19079-2114
13891704       +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,   Mount Laurel, NJ 08054-3410
13891705        Aqua Pennsylvania,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13907081       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13891712        Delaware Co Memorial Hospital,    FILE 2172,   1801 W Olympic Blvd,    Pasadena, CA 91199-2172
13891713       +Health Access Network,    P.O. Box 8500-6355,    Philadelphia, PA 19178-0001
13891714       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13957636       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13891715       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13891717       +Planned Parenthood Southeastern PA,    1144 Locust Street,   Philadelphia, PA 19107-6797
13891718        Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13891719       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
13919813        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   P O BOX 8973,   MADISON, WI 53708-8973
13902284       +US Department of Housing and Urban Development,    451 7th Street SW,
                 Washington, DC 20410-0002
13891721       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: bncnotice@ph13trustee.com Apr 24 2020 03:54:30     WILLIAM C. MILLER,
                 Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Apr 24 2020 03:54:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2020 03:54:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2020 03:54:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13899203       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 24 2020 03:53:55
                 AmeriCredit Financial Services, Inc. dba GM Financ,   c/o Mandy Youngblood,    P O Box 183853,
                 Arlington, TX 76096-3853
13919601       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 24 2020 03:53:55
                 AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13891703       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 24 2020 03:53:55
                 AmeriCredit/GM Financial,   Po Box 183853,    Arlington, TX 76096-3853
13891706       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 24 2020 03:54:33
                 Berks Credit & Collections,    Po Box 329,   Temple, PA 19560-0329
13891707        E-mail/Text: documentfiling@lciinc.com Apr 24 2020 03:52:30     Comcast Cable,    P.O. Box 3001,
                 Southeastern, PA 19398-3001
13891708       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 24 2020 03:54:19
                 Convergent Outsoucing, Inc,    Po Box 9004,   Renton, WA 98057-9004
13891709       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 24 2020 03:54:30
                 Credit Collection Service,   Po Box 773,    Needham, MA 02494-0918
13891711        E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 24 2020 03:54:30
                 Credit Collection Services,    Payment Processing Center,    P.O. Box 55126,
                 Boston, MA 02205-5126
13914986       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 24 2020 03:53:55     PECO Energy Company,
                 2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
13891716       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 24 2020 03:53:55     Peco Energy,
                 2301 Market Street,   Philadelphia, PA 19103-1380
13891720        E-mail/Text: clientservices@simonsagency.com Apr 24 2020 03:54:29     Simon's Agency Inc.,
                 PO Box 5026,   Syracuse, NY 13220-5026
13902284       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Apr 24 2020 03:59:37
                 US Department of Housing and Urban Development,    451 7th Street SW,
                 Washington, DC 20410-0002
                                                                                              TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13891710*      +Credit Collection Service,   Po Box 773,   Needham, MA 02494-0918
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Apr 23, 2020
                              Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Latasha  Cirwithen dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:              Chapter 13
LATASHA CIRWITHEN

          Debtor           Bankruptcy No. 17-12193-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 23, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
LATASHA CIRWITHEN

201 HIGH STREET

SHARON HILL, PA 19079-